August 31, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

CASA DEL MAR ASSOCIATION, INC., Appellant

NO. 14-14-00046-CV                      V.

WILLIAMS & THOMAS, L.P. D/B/A JAMAIL CONSTRUCTION, Appellee

_____

This cause, an appeal from the judgment signed on November 13, 2013, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**. We order appellant Casa Del Mar Association, Inc. to pay all costs incurred in this appeal. We further order this decision certified below for observance.